RENA SHINES, Respondent, *v.* W. & Y. REALTY CORP., Appellant.

Argued October 9, 1940; decided November 13, 1940.

*Joseph E. Weil, Charles Gold* and *Lawrence Isaacs* for appellant.

*Roderick B. Travis* and *Warren W. Wells* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.